UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRANDY PASCUAL,

    Plaintiff,

v.                                          4:19cv236–WS/MJF

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 25) docketed April 14, 2020. The magistrate judge recommends that Defendant's unopposed motion to remand (ECF No. 24) the case to the Commissioner be GRANTED.

The court having reviewed the matter, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 25).

2. Defendant's motion (ECF No. 24) to remand is GRANTED.

3. The Commissioner's decision to deny the plaintiff's application for benefits is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

4. The case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

5. The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

6. The clerk shall close the case.

DONE AND ORDERED this   15th   day of   April  , 2020.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE