UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRANDY PASCUAL,

    Plaintiff,

v.     4:19cv236–WS/MJF

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 32) docketed November 18, 2024. The magistrate judge recommends that Plaintiff's counsel's "Unopposed Petition for Authorization of Attorney Fee under Section 206(b)(1) of the Social Security Act" be granted. No objections to the report and recommendation have been filed.

The court having reviewed the matter, and noting that Brandy Pascual has assigned her right to EAJA fees to her counsel, Heather Freeman, ECF No. 31–1, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 32) is ADOPTED and incorporated into this order.

2. Counsel's motion for attorney's fees (ECF No. 31) is GRANTED.

3. Counsel, Heather Freeman, is entitled to recover fees in the amount of $15,296.50 for the time expended in this case pursuant to 28 U.S.C. § 2412 (EAJA).

4. If the United States Department of Treasury determines that the claimant, Brandy Pascual, owes no debt to the United States, the United States shall accept the assignment of EAJA fees and shall pay the fees directly to Pascual's counsel, Heather Freeman. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

DONE AND ORDERED this __18th__ day of __December__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE