UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRANDY PASCUAL,

    Plaintiff,

v.                                            4:19cv236–WS/MJF

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

_____

## AMENDED ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 32) docketed November 18, 2024. The magistrate judge recommends that Plaintiff's counsel's "Unopposed Petition for Authorization of Attorney Fee under Section 206(b)(1) of the Social Security Act" be granted. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The clerk shall vacate the order (ECF No. 33) docketed December 18, 2024.

2. The magistrate judge's report and recommendation (ECF No. 32) is ADOPTED and incorporated into this order.

3. Counsel's motion for attorney's fees (ECF No. 31) is GRANTED.

4. Plaintiff's counsel, Heather Freeman, is hereby awarded a gross attorney's fee of $19,668.33 under 42 U.S.C. § 406(b)(1)(A). Deducting the $4,371.83 EAJA fee award previously received, the Commissioner shall promptly disburse to Attorney Freeman a net fee of $15,296.50.

DONE AND ORDERED this ___24th___ day of ___December___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE